ACCEPTED
08-17-00239-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
5/22/2018 6:01 PM
DENISE PACHECO
CLERK

No. 08-17-00239-CR

**IN THE
COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
5/22/2018 6:01:28 PM
DENISE PACHECO
Clerk

**ROBERT HARRON**                                              **APPELLANT**

**V.**

**THE STATE OF TEXAS**                                         **APPELLEE**

---

**STATE'S SECOND MOTION
FOR AN EXTENSION OF TIME TO FILE THE STATE'S BRIEF**

**TO THE COURT OF APPEALS, EIGHTH DISTRICT OF TEXAS:**

COMES NOW, the State of Texas in the above styled and numbered cause, pursuant to Rule 10.5(b) and Rule 38.6(d) of the Texas Rules of Appellate Procedure, and requests an extension of time in which to file the State's brief, and would show the Court as follows:

1. Appellant was convicted of possession of failure to comply with registration requirements with a previous conviction in the 205th Judicial District Court of El Paso County, Texas, in a case styled, *The State of Texas v. Robert Harron*, cause number 20150D03600.

2. The State's brief is currently due to be filed on May 22, 2018.

3. This extension is requested for 30 days until June 21, 2018.

4. One motion for extension of time to file the State's brief has been previously requested by the State and granted by this Court.

-1-

5. The undersigned attorney for the State has been unable to complete the State's brief in a timely manner during the briefing period and requests this extension due to the following factors:

(a) The undersigned prepared and filed in this Court the State's brief in the following pending case:

*Ever Mendez v. The State of Texas*, Cause Number 08-17-00076-CR (7 points of error), filed March 21, 2018;

(b) The undersigned was on vacation leave from April 9, 2018, through April 17, 2018;

(c) The undersigned is responsible for preparing and filing in this Court the State's brief in the following pending cases:

*Greg Dudley v. The State of Texas*, Cause Number 08-17-00125-CR, (3 points of error), due June 11, 2018;

*Efrain Jimenez v. The State of Texas*, Cause Number 08-17-00124-CR,(4 points of error), due June 2, 2018 (Final);

(d) The undersigned prepared and presented oral argument on behalf of the State in the following pending case:

*Carlos Antonio Holcombe v. The State of Texas*, Cause Number 08-17-00008-CR, held on May 10, 2018;

(e) The undersigned appeared on behalf of the State in the 41ˢᵗ District Court on May 22, 2018, pursuant to this Court's May 15, 2018, order remanding the following pending case to the trial court to determine whether appellant wishes to prosecute his appeal *pro se*;

*Antonio Barba Duenas v. The State of Texas*, Cause Number 08-18-00022-CR.

## PRAYER

WHEREFORE, the State prays that its extension request will be granted until June 21, 2018.

Respectfully submitted,

JAIME ESPARZA
DISTRICT ATTORNEY
34th JUDICIAL DISTRICT

/s/ Raquel López
RAQUEL LOPEZ
ASST. DISTRICT ATTORNEY
201 EL PASO COUNTY COURTHOUSE
500 E. SAN ANTONIO
EL PASO, TEXAS 79901
(915) 546-2059 ext. 4503
FAX (915) 533-5520
EMAIL raqlopez@epcounty.com
SBN 24092721

ATTORNEYS FOR THE STATE

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the above motion was sent by email via the e-file system on May 22, 2018, to appellant's attorney:

Kenneth Del Valle, kendelvalle@aol.com.

/s/ Raquel López
RAQUEL LOPEZ